# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VITO HUNTER,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | **No. 15-565** |
| v. | : | |
| | : | |
| **WAYNE GAVIN** *et al.*, | : | |
| Respondents. | : | |

## ORDER

This 19th day of October, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, dated August 10, 2015, **IT IS ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED;**

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time-barred without an evidentiary hearing; and

3. There is no basis to issue a certificate of appealability.

       /s/ Gerald Austin McHugh
United States District Court Judge